IN THE UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TOWNSENDS OF ARKANSAS, INC.**                                                                                          **PLAINTIFF**

v.                                              **1:08CV00029-WRW**

**HOWARD INDUSTRIES, INC.,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Pending is the parties' Stipulation of Dismissal (Doc. No. 6) in which Plaintiff moves to dismiss without prejudice Defendant Cooper US from this suit. Accordingly, Defendant Cooper US is dismissed without prejudice. Defendant Cooper Power remains a Defendant in this suit.

IT IS SO ORDERED this 9th day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE