## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 11, 2010**

Mr. David Donovan
Watts, Donovan & Tilley, P.A.
200 River Market Ave.
Suite 200
Little Rock, AR 72201

      Re: *Townsends of Arkansas, Inc. vs. Howard Industries, Inc.* -- 1:08-CV-00029-WRW

Dear Mr. Donovan,

I have received separate Defendant Howard Industries's Motion for Partial Summary Judgment (Doc. No. 19), which was filed on April 21, 2010, and it appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Monday, May 24, 2010, I will grant the motion.

                                                     Cordially,

                                                     /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Monday, May 10, 2010.